IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ARTEZ OLIVER
ADC #153539                                                                                         PLAINTIFF

v.                              Case No. 1:17-cv-00102 KGB-BD

TONI BRADLEY, Warden,
Grimes Unit, ADC, *et al.*                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Artez Oliver's claims against defendants are dismissed without prejudice.

So adjudged this the 26th day of October, 2018.

_____
Kristine G. Baker
United States District Judge